**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BRAD HECKENBERG and
LANA C. HECKENBERG,

      Plaintiffs,

v.                                  Case No:   6:20-cv-96-GAP-GJK

ARTEMIS LIFESTYLES
SERVICES, INC., BELLA
COLLINA PROPERTY OWNERS
ASSOC., INC., AEGIS
COMMUNITY MANAGEMENT
SOLUTIONS, INC. and RYAN
LAW GROUP, PLLC,

      Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Settlement (Doc. 81), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further

proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 1, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties